UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARIA QUEZADA, et al. | Case No.:  19cv2153-LAB (DEB) |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| FRANKLIN MADISON GROUP, LLC | |
| Defendant. | |

The joint motion to dismiss (Docket no. 33) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** and the parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  October 28, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge